219 So.2d 515

## GREAT MARINE CORPORATION

v.

## Nolan VINET.

No. 49712.

March 13, 1969.

In re: Nolan Vinet applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Lafourche. 217 So.2d 480.

Writ refused. On the facts found by the Court of Appeal the result is correct.

219 So.2d 515

## ETCO ENGINEERS & ASSOCIATES

v.

## Louis J. CAPOZZOLI, Jr.

No. 49701.

March 13, 1969.

In re: Louis J. Capozzoli, Jr., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 217 So.2d 485.

Writ refused. On the facts found by the Court of Appeal it does not appear that the result reached by that Court is incorrect.

McCALEB, J., concurs, although of the opinion that the judgment is partially incorrect and unenforceable, the case should not be reviewed here—"De minimus non curat lex."